IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAWN POWELL,[1] | § | |
| | § | No. 34, 2022 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| BROOKE POWELL, | § | |
| | § | File No. CN20-02388 |
| Respondent Below, | § | Petition No. 20-09458 |
| Appellee. | § | |

Submitted: March 29, 2022
Decided: April 7, 2022

## **ORDER**

It appears to the Court that, on March 11, 2022, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Shawn Powell, to show cause why his appeal should not be dismissed for his failure to file a completed motion to proceed *in forma pauperis*. Powell received the notice on March 17, 2022. A timely response to the notice to show cause was due on or before March 28, 2022. To date, Powell has not filed a completed motion to proceed *in forma pauperis*, paid the Supreme Court filing fee, or responded to the notice to show cause.[2] Dismissal of this action is therefore deemed to be unopposed.

---

[1] The parties were previously assigned pseudonyms under Supreme Court Rule 7(d).
[2] We also note that Powell has not paid the Family Court appeal and transcript fees.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice